```
                    UNITED STATES DISTRICT COURT
                        DISTRICT OF NEW JERSEY
```

**DIONNE GOMES,**               :      CIVIL ACTION NO. 12-4643(FLW)

      **Plaintiff,**         :

**vs.**                         :            **O R D E R**

**ROBERT JAMES & ASSOCIATES, INC.**    :

      **Defendants,**        :

**WOLFSON, District Judge**

    This Court having entered an Order in this matter on October 11, 2012 granting the motion by plaintiff for leave to serve the summons and complaint within 60 days on or before December 7, 2012; and plaintiff having failed to follow this Court's Order; and for good cause shown;

    **IT IS** therefore on this 14th day of January, 2013,

**ORDERED** that this action be dismissed for failure to serve;

**ORDERED** that plaintiff may reopen this matter upon good cause.

 

                                S/Freda L. Wolfson
                              **FREDA L. WOLFSON,**
                              United States District Judge